James MASON, Appellant,

v.

A. A. INGERSOLL.

No. 15920.

United States Court of Appeals
Eighth Circuit.

Jan. 15, 1958.

Dennis K. Williams, Texarkana, Ark., and Seymour Scheffres, Chicago, Ill., for appellant.

Boyd Tackett, Texarkana, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 155 F. Supp. 497, dismissed without taxation of costs in favor of either of parties in this Court, on motion of appellant.

A. J. BERNSTEIN, Appellant,

v.

N. O. NELSON COMPANY.

No. 15875.

United States Court of Appeals
Eighth Circuit.

Jan. 15, 1958.

George S. Roudebush, St. Louis, Mo., for appellant.

James H. Meredith, St. Louis, Mo., and Stuart Symington, Jr., Kirkwood, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice at cost of appellant, on stipulation of parties.

Letane PEGRAM, Appellant,

v.

UNITED STATES of America.

No. 15882.

United States Court of Appeals
Eighth Circuit.

Jan. 21, 1958.

Theodore T. Duffield, Des Moines, Iowa, for appellant.

Roy L. Stephenson, U. S. Atty., Robert J. Spayde, Asst. U. S. Atty., and John C. Stevens, Asst. U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.

UNITED STATES of America, Appellant,

v.

Anne Yasgur KLING.

No. 15906.

United States Court of Appeals
Eighth Circuit.

Jan. 21, 1958.

Harry Richards, U. S. Atty., and Forrest Boecker, Asst. U. S. Atty., St. Louis, Mo., for appellant.

George S. Roudebush, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.